*Messrs. Henry H. Little, Francis S. Laws, Edward R. Baird, Jr.,* and *George M. Lanning* for respondent.

No. 713. FISH ET AL. *v.* KENNAMER, JUDGE. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Charles West* and *J. M. Springer* for petitioners. *Messrs. James C. Denton, John Rogers, Joseph L. Hull,* and *Nathan A. Gibson* for respondent.

No. 714. SECURITY LIFE INSURANCE Co. *v.* BRIMMER, EXECUTRIX. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James C. Jones, Jr.,* for petitioner. No appearance for respondent.

No. 716. CLYDE STEAMSHIP Co. *v.* UNITED STATES. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Roscoe H. Hupper* and *William J. Dean* for petitioner. *Attorney General Mitchell, Assistant to the Attorney General O'Brian, Messrs. Claude R. Branch, Charles H. Weston,* and *Paul D. Miller* for the United States.

No. 718. UNITED STATES SMELTING, REFINING & MINING Co. *v.* EVANS. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John Jensen* and *G. A. Marr* for petitioner. No appearance for respondent.